JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE PATRICK,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE<br>SOCIAL SECURITY<br>ADMINISTRATION,<br><br>    Defendant. | Case No. CV 06-8275 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying memorandum and order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed and this action is dismissed with prejudice

DATED: June 3, 2008

_____/ s /_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE